-0-

FILED
CLERK, U.S. DISTRICT COURT

OCT 15 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Kelly Dehaven Carrington, <br> Defendant. | 2:00-CR-400-AHM <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A) ☒ the appearance of defendant as required; and/or

    (B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because ~~defendant has not demonstrated~~ by clear and convincing ~~evidence that:~~

(1) criminal history
(2) substance abuse history
(3) current allegations

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

(1) current allegations
(2) no bail resources
(3) substance abuse history

IT IS ORDERED that defendant be detained.

DATED: 10/15/09

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE